Edna BLOOM, Appellant, v. WABASH RAILWAY COMPANY, et al.

No. 12162.

Circuit Court of Appeals, Eighth Circuit.

Dec. 17, 1941.

Hyman G. Stein, of St. Louis, Mo., for appellant.

N. S. Brown, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed on withdrawal of appeal by appellant and consent of appellee, without taxation of any costs in favor of either of the parties in this Court.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. MICHIGAN SILICA COMPANY, Respondent.

No. 8721.

Circuit Court of Appeals, Sixth Circuit.

Dec. 9, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Charles E. Lowery, and Edward First, all of Washington, D. C., for petitioner.

R. M. O'Hara, of Detroit, Mich., for respondent.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and it appearing that the provisions of respondent's contract, herein concerned, expressly deal with the disposition of the gross income of respondent and, therefore, necessarily deal with the disposition of the earnings and profits within the taxable year, as required for credit on undistributed profts tax under Section 26(c) (2), of the Revenue Act of 1936, it is ordered, adjudged and decreed that the order of the Board of Tax Appeals, 41 B.T.A. 511, be and the same is hereby affirmed. See Commissioner of Internal Revenue v. Strong Manufacturing Company, 6 Cir., 124 F.2d 360, this day decided.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. OHIO LEATHER COMPANY, Respondent.

No. 8842.

Circuit Court of Appeals, Sixth Circuit.

Dec. 9, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, John M. Morawski, and Edward First, all of Washington, D. C., for petitioner.

Donald J. Lynn, of Youngstown, Ohio, for respondent.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and on consideration whereof, it is ordered, adjudged and decreed that the order of the Board of Tax Appeals be and the same is affirmed in accordance with our opinion in Commissioner of Internal Revenue v. Strong Manufacturing Company, 124 F.2d 360, this day decided.